Entered: March 19th, 2024
Signed: March 18th, 2024

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

DAWN WOMACK                                                    Case No. 23-11579-MMH

(Chapter 13)

Debtor(s)

\*       \*       \*       \*       \*       \*       \*

AMENDED ORDER TO PAY DEBTOR'S WAGES TO THE TRUSTEE

The Court finding that the Chapter 13 plan filed by the Debtor(s) named above has been confirmed and that, pursuant to 11 U.S.C. 1325(C ), the Court may order any entity from whom the Debtor receives income to pay a part of the income to the Trustee, and it appearing that the Debtor, DAWN WOMACK, SS# ###-##-5832 is employed by:

AMAZON COM DEDC LLC
PAYROLL DEPARTMENT
P.O. BOX 80726
SEATTLE, WA 98108-

**It is ordered,** that the named Employer is directed to deduct from the earnings of the Debtor the sum of $1775.00 each calendar month, beginning with the first pay period next succeeding the Employer's receipt of the Order, and to pay the amount deducted, within 15 days of the close of each calendar month, to **Brian A. Tucci, Trustee**, P.O. Box 1838, Memphis, TN 38101, (410-825-5923), and it is further,

**Ordered,** that, until further Order of the Court, the Employer shall not make any deduction for account of any garnishment, wage assignment, credit union or any other purpose except deductions for income taxes, social security contributions, union dues, insurance or health and welfare plans pursuant to the Debtor's employment contract, and child support withholdings pursuant to an order of a court of competent jurisdiction, and it is further,

**Ordered,** that the Employer shall notify the Trustee if the Debtor's employment terminates.

cc: Trustee, Debtor(s), Attorney for Debtor(s), Employer

**END OF ORDER**